UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,

                Plaintiffs,

-against-

STOLT-NIELSEN S.A., STOLT-NIELSEN TRANSPORTATION GROUP LTD., STOLT-NIELSEN, INC., STOLT PARCEL TANKERS, INC., STOLT PRIDE, INC., STOLT INTEGRITY, INC., STOLT CONFIDENCE OF THE ISLE OF MAN, MITSUBISHIRAYON CO., LTD., AMOCO CHEMICAL COMPANY, DAICEL CHEMICAL INDUSTRIES LTD., BASF AKTIENGESELLSCHAFT, ARCO CHEMICAL COMPANY, B.P. CHEMICALS LTD., DOES 1-10, ABC CORPORATION 1-20, THE LUBRIZOL CORPORATION, UNION CARBRIDE CORPORATION, BASF CORPORATION, OCCIDENTAL CHEMICAL CORP., CHEVRON USA INC., DOW BRAZIL, S.A., DOW INTERNATIONAL, B.V., LYONDELL CHEMICAL COMPANY, BP AMOCO CHEMICAL COMPANY, BP CHEMICALS LTD.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV-1910 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 26 2005
TIME A.M. / P.M.

      A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 25, 2005, granting defendant Dow Corning Corporation's motion to dismiss; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that defendant Dow Corning Corporation's motion to dismiss is granted.

Dated: Brooklyn, New York
       April 25, 2005

ROBERT C. HEINEMANN
Clerk of Court