```
                                        FILED
                                   IN CLERK'S OFFICE
                              U.S. D[?]         [?] E.D.N.Y.
                              ★      JUN 9 2005      ★

                                        P.M. _____
                                  TIME A.M. _____
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,                    JUDGMENT
                                                    01-CV- 1910 (SJ)
                        Plaintiffs,

    -against-

STOLT-NIELSEN S.A., STOLT-NIELSEN
TRANSPORTATION GROUP LTD.,
STOLT-NIELSEN, INC., STOLT PARCEL
TANKERS, INC., STOLT PRIDE, INC., STOLT
INTEGRITY, INC., STOLT CONFIDENCE OF
THE ISLE OF MAN, MITSUBISHI CHEMICAL
CORPORATION, MITSUBISHI RAYON CO., LTD.,
AMOCO CHEMICAL COMPANY, DAICEL
CHEMICAL INDUSTRIES LTD., BASF
AKTIENGESELLSCHAFT, ARCO CHEMICAL
COMPANY, B.P. CHEMICAL LTD., DOES 1-10,
ABC CORPORATIONS 1-20, THE LUBRIZOL
CORPORATION, UNION CARBIDE
CORPORATION, BASF CORPORATION,
OCCIDENTAL CHEMICAL CORP., CHEVRON
USA, INC., DOW BRAZIL, S.A., DOW
INTERNATIONAL, B.V., LYONDELL CHEMICAL
COMPANY, BP AMOCO CHEMICAL COMPANY,
BP CHEMICALS LTD.,

                        Defendants.
----------------------------------------------------------------X

       An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 7, 2005, directing that for the reasons stated in the Court's previous Memorandum and Order dated March 29, 2005, the Court finds that the claims brought against defendant Union Carbide are untimely; and directing the Clerk of Court to enter a final judgment of dismissal with prejudice with respect to defendant Union Carbide; it is

JUDGMENT
01-CV- 1910 (SJ)

ORDERED and ADJUDGED that for the reasons stated in the Court's previous Memorandum and Order date March 29, 2005, the Court finds that the claims brought against defendant Union Carbide are untimely; and that a final judgment of dismissal with prejudice is hereby entered with respect to defendant Union Carbide.

Dated: Brooklyn, New York
      June 07, 2005

                                      ROBERT C. HEINEMANN
                                      Clerk of Court