UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,

            Plaintiffs,

  -against-

STOLT-NIELSEN S.A.; STOLT-NIELSEN
TRANSPORTATION GROUP LTD.; STOLT-
NIELSEN, INC.; STOLT PARCEL TANKERS, INC.;
STOLT PRIDE, INC.; STOLT INTEGRITY, INC.;
STOLT CONFIDENCE OF THE ISLE OF MAN;
MITSUBISHI INTERNATIONAL CORP.; AMOCO
CHEMICAL COMPANY; DAICEL CHEMICAL
INDUSTRIES LTD.; CELANESE, LTD.; BASF
AKTIENGESELLSCHAFT; ARCO CHEMICAL
CO.; B.P. CHEMICALS LTD.; LUBRIZOL CORP.;
UNION CARBIDE CORP.; ROHM & HAAS CO.;
BASF NJ; BASF CORP.; EXXON MOBIL
CHEMICAL CO.; CHEVRON CO.; CHEVRON
USA; CHEVRON CHEMICAL CORP.;
OCCIDENTAL CHEMICAL CORP.; CELANESE
CHEMICALS LTD.; HOESCHT CELANESE CORP.;
PASTERNAK BAUM & CO., INC.; DOW CHEMICAL
INTERNATIONAL; DOW CORNING CORP.; SHELL
INTERNATIONAL CHEMICAL; and ABC
CORPORATIONS 1-20,

            Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV-1910 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on March 31, 2005, granting the motions to dismiss the First Amended Complaint by BASF Corp., Pasternak Baum & Co., Inc., Lubrizol Corp., Exxon Mobil Corp., and Chevron USA, Inc., pursuant to Fed. R. Civ. P. 12(b)(6); and directing the Clerk of Court to enter a final judgment of dismissal with prejudice against refiling; it is

JUDGMENT
01-CV-1910 (SJ)

ORDERED and ADJUDGED that the motions to dismiss the First Amended Complaint by BASF Corp., Pasternak Baum & Co., Inc., Lubrizol Corp., Exxon Mobil Corp., and Chevron USA, Inc., are granted, pursuant to Fed. R. Civ. P. 12(b)(6); and that a final judgment of dismissal is hereby entered with prejudice against refiling.

Dated: Brooklyn, New York
      June 21, 2005

ROBERT C. HEINEMANN
Clerk of Court