

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,

                    Plaintiffs,          01 CV 1910 (SJ)

- against -                                  ORDER

STOLT-NIELSEN S.A., STOLT-NIELSEN
TRANSPORTATION GROUP LTD.,
STOLT-NIELSEN, INC., STOLT PARCEL
TANKERS, INC., STOLT PRIDE, INC., STOLT
INTEGRITY, INC., STOLT CONFIDENCE OF
THE ISLE OF MAN, MITSUBISHI CHEMICAL
CORPORATION, MITSUBISHI RAYON CO., LTD.,
AMOCO CHEMICAL COMPANY, DAICEL
CHEMICAL INDUSTRIES LTD., BASF
AKTIENGESELLSCHAFT, ARCO CHEMICAL
COMPANY, B.P. CHEMICALS LTD., DOES 1-10,
ABC CORPORATIONS 1-20, THE LUBRIZOL
CORPORATION, UNION CARBIDE
CORPORATION, BASF CORPORATION,
OCCIDENTAL CHEMICAL CORP., CHEVRON
USA INC., DOW BRAZIL, S.A., DOW
INTERNATIONAL, B.V., LYONDELL CHEMICAL
COMPANY, BP AMOCO CHEMICAL COMPANY,
BP CHEMICALS LTD.,

                    Defendants.
----------------------------------------------------------X

APPEARANCES

Robert A. Skoblar
53 North Dean Street
Englewood, NJ 07631
Attorney for Plaintiffs

PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203

1

By: Paul F. Jones
Attorney for Defendant Occidental Chemical Corp.

JOHNSON, Senior Judge:

For the reasons stated in this Court's previous Memorandum and Order dated March 29, 2005, the Court finds that the claims brought against Defendant Occidental Chemical Corporation. are untimely. The Clerk of Court is directed to enter a final judgment of dismissal with prejudice with respect to Defendant Occidental Chemical Corporation.

SO ORDERED.

Dated: June 27, 2005
Brooklyn, NY

s/SJ

Senior U.S.D.J.

2

P-049