UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　01-CV-1910 (SJ)
　　　　　　Plaintiffs,

　-against-

STOLT-NIELSEN S.A., STOLT-NIELSEN
TRANSPORTATION GROUP LTD.,
STOLT-NIELSEN, INC., STOLT PARCEL
TANKERS, INC., STOLT PRIDE, INC., STOLT
INTEGRITY, INC., STOLT CONFIDENCE OF
THE ISLE OF MAN, MITSUBISHI CHEMICAL
CORPORATION, MITSUBISHIRAYON CO., LTD.,
AMOCO CHEMICAL COMPANY, DAICEL
CHEMICAL INDUSTRIES LTD., BASF
AKTIENGESELLSCHAFT, ARCO CHEMICAL
COMPANY, B.P. CHEMICALS LTD., DOES 1-10,
ABC CORPORATIONS 1-20, THE LUBRIZOL
CORPORATION, UNION CARBIDE
CORPORATION, BASF CORPORATION,
OCCIDENTAL CHEMICAL CORP., CHEVRON
USA INC., DOW BRAZIL, S.A., DOW
INTERNATIONAL, B.V., LYONDELL CHEMICAL
COMPANY, BP AMOCO CHEMICAL COMPANY,
BP CHEMICALS LTD.,

　　　　　　Defendants.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★　　JUN 29 2005　　★

P.M. _____
TIME A.M. _____

　　　　An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 28, 2005, finding that the claims brought against defendant Occidental Chemical Corporation are untimely, for the reasons stated in the Court's previous Memorandum and Order dated March 29, 2005; and directing the Clerk of Court to enter a final judgment of dismissal with prejudice with respect to defendant Occidental Chemical Corporation; it is

JUDGMENT
01-CV-1910 (SJ)

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the claims brought against defendant Occidental Chemical Corporation are untimely, for the reasons stated in the Court's previous Memorandum and Order dated March 29, 2005; and that a final judgment of dismissal with prejudice is hereby entered with respect to defendant Occidental Chemical Corporation.

Dated: Brooklyn, New York
       June 29, 2005

ROBERT C. HEINEMANN
Clerk of Court