UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER BOGDAN and SILVANA BOGDAN,

                  Plaintiffs,

-against-

STOLT-NIELSEN S.A., STOLT-NIELSEN
TRANSPORTATION GROUP LTD.,
STOLT-NIELSEN, INC., STOLT PARCEL
TANKERS, INC., STOLT PRIDE, INC., STOLT
INTEGRITY, INC., STOLT CONFIDENCE OF
THE ISLE OF MAN, MITSUBISHI CHEMICAL
CORPORATION, MITSUBISHI RAYON CO., LTD.,
AMOCO CHEMICAL COMPANY, DAICEL
CHEMICAL INDUSTRIES LTD., BASF
AKTIENGESELLSCHAFT, ARCO CHEMICAL
COMPANY, B.P. CHEMICALS LTD., DOES 1-10,
ABC CORPORATION 1-20, THE LUBRIZOL
CORPORATION, UNION CARBIDE
CORPORATION, BASF CORPORATION,
OCCIDENTAL CHEMICAL CORP., CHEVRON
USA INC., DOW BRAZIL, S.A., DOW
INTERNATIONAL, B.V., LYONDELL CHEMICAL
COMPANY, BP AMOCO CHEMICAL COMPANY,
BP CHEMICALS LTD.,

                  Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV-1910 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 5 - 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on September 27, 2005, directing that the Court issued an Order to Show Cause requiring plaintiff to Show Cause within thirty (30) days why the action should not be dismissed for failure to prosecute, and more than thirty days having elapsed without any response from plaintiff apart from a request for an extension in the time to respond; ordering that the Court dismisses the action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b); and directing the Clerk of Court to enter a final judgment of dismissal against all remaining defendants; it is

JUDGMENT
01-CV-1910 (SJ)

ORDERED and ADJUDGED that the Court issued an Order to Show Cause requiring plaintiff to show within thirty (30) days why the action should not be dismissed for for failure to prosecute, and more than thirty days having elapsed without any response from plaintiff apart from a request for an extension in the time to respond; that the Court hereby dismisses the action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b); and that a final judgment of dismissal is hereby entered against all remaining defendants.

Dated: Brooklyn, New York
October 04, 2005

ROBERT C. HEINEMANN
Clerk of Court